

NUMBER 13-08-00517-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

IN RE SAN JUANITA SANDOVAL MORENO

On Petition for Writ of Mandamus
and Emergency Motion.

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Yañez and Benavides
Memorandum Opinion Per Curiam[1]

Relator, San Juanita Sandoval Moreno, filed a petition for writ of mandamus and an

"Emergency Motion to Stay Court-Ordered Mediation and Real Party's Motion to Quash

Notices of Deposition by Written Questions Pending Outcome of Mandamus Petition" in

the above cause on August 29, 2008. On September 2, 2008, the real party in interest,

Ismael Moran, misnamed herein as "respondent," filed a reply. The Court, having

examined and fully considered the emergency motion, the petition for writ of mandamus,

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

and the reply thereto, is of the opinion that relator has not shown herself entitled to the

relief sought.  Accordingly, the petition for writ of mandamus and emergency motion are

DENIED.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Memorandum Opinion delivered and
filed this 3rd day of September, 2008.